

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Artak Nazaryan

                     **Petitioner,**

V.

See attached

                     **Respondent.**

Civil Action No. 25-cv-03628-JLS-MMP

**JUDGMENT IN A CIVIL CASE**

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Petitioner's Petition for Writ of Habeas Corpus

Date: 12/23/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

                                            S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>25-cv-3628-JLS-MMP</u>

Christopher LaRose, warden of Otay Mesa Detention Center; Daniel A. Brightman, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO), Todd Lyons, Acting Director of Immigration Customs Enforcement (ICE); Kristi Noem, Secretary of the Department of Homeland Security (DHS); Pamela Bondi, Attorney General of the United States; U.S. Department of Homeland Security; U.S. Immigration and Custom Enforcement,

Respondents